**LINDA LOPEZ**
California State Bar No. 270429
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone:  (619) 234-8467
Linda_Lopez@fd.org

Attorneys for Mr. Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO.  16MJ0133 |
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| **MIGUEL VASQUEZ,** | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Linda Lopez and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

January 19, 2016

/s/ Linda Lopez
**LINDA LOPEZ**
Federal Defenders of San Diego, Inc.
e-mail: Linda_Lopez@fd.org
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
**Efile.dkt.gc2@usdoj.gov**

January 19, 2016                                               */s/* Linda Lopez
                                                               **LINDA LOPEZ**
                                                               Federal Defenders of San Diego, Inc.
                                                               e-mail: Linda_Lopez@fd.org
                                                               Attorneys for Defendant