

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '16 CR0240 BAS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| MIGUEL ANGEL VASQUEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about January 13, 2016, within the Southern District of California, defendant MIGUEL ANGEL VASQUEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 2/11/16 .

LAURA E. DUFFY
United States Attorney

JANAKI S. GANDHI
Assistant U.S. Attorney

JSGA:lg:San Diego
1/25/16