LAURA E. DUFFY
United States Attorney
KARLA DAVIS
Assistant U.S. Attorney
California Bar No. 172085
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6741
Fax: (619) 546-0510
Email: karla.davis@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-0240-BAS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MIGUEL VASQUEZ Aka Miguel Angel Vasquez, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to

activity in this case:

    Janaki S. Gandhi

    Please call me at the above-listed number if you have any questions about this notice.

    DATED: March 27, 2016

                                    Respectfully submitted,

                                    LAURA E. DUFFY
                                  United States Attorney

                                  s/ *Karla Davis*
                                  KARLA DAVIS
                                  Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL VASQUEZ<br>Aka Miguel Angel Vasquez,<br><br>Defendant. | Case No.: 16-CR-0240-BAS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Karla Davis, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** as lead counsel for the United States on the following party by electronically filing with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

Linda Lopez, Esq.

Dated: March 27, 2016

*s/Karla Davis*
KARLA DAVIS
Assistant United States Attorney