# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　V.<br><br>MIGUEL VASQUEZ (1),<br><br>　　　　　　　　Defendant. | Criminal Case No. 16CR0240-BAS<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's plea of guilty to Count One (1) of the Information.

Dated: April 1, 2016

*Cynthia Bashant*
Cynthia Bashant
United States District Judge